**Motion Granted; Order filed February 9, 2021.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-20-00474-CV

———————

**CHERYL SUE ZARSKY, Appellant**

**V.**

**CAROLYN ANN WHITE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ORA WHITE, DECEASED, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 456601-401**

---

## ORDER

This is an appeal from a judgment signed April 2, 2020. The notice of appeal was timely filed on July 1, 2020. On August 26, 2020, counsel for appellant, Cheryl Sue Zarsky, filed a suggestion of death informing this court that Zarsky died on August 4, 2020.

On September 3, 2020, we abated this appeal to allow counsel time to obtain authority from the estate of Cheryl Sue Zarsky to pursue this appeal. See *Casillas v. Cano*, 79 S.W.3d 587, 592 (Tex. App.—Corpus Christi-Edinburgh 2002, no pet.); *Murphy v. Murphy*, 21 S.W.3d 797, 798 (Tex. App.—Houston [1st Dist.] 2000, published order).

On October 30, 2020, counsel for appellant informed this court that a contest had been brought against appellant's will. We continued the abatement until January 5, 2021 to allow counsel more time, in light of the contest, to seek authorization to represent the estate.

On January 5, 2021, counsel informed this court that the will contest has been delayed due to the pandemic. Counsel had previously informed this court that he had been working with Cheryl Sue Zarsky's daughter, Cherie Zarsky, who was named as beneficiary in appellant's 2009 will, and that Cherie Zarsky has filed an application for a temporary administrator who will have standing to pursue this appeal. Considering the new progress made in the probate matter, counsel requests that the abatement period in this appeal be continued until March 8, 2021 so that a temporary administrator may be appointed to prosecute this appeal.

The motion is granted. This court requires assurance from whomever is deemed the personal representative of the estate of Cheryl Sue Zarsky that it is represented by counsel by **March 8, 2021**, or the appeal will be dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.